# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HELEN HUDSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC. and MORGAN STANLEY & CO. LLC,<br><br>    Defendants. | Case No: 1:20-cv-05593<br><br>Judge: Hon. Sharon Johnson Coleman<br>Magistrate: Hon. Gabriel Fuentes |
| PIETRO PIUMETTI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., and CCP III CAYMAN GP LTD.,<br><br>    Defendants. | Case No: 1:20-cv-05701<br><br>Judge: Hon. Mary M. Rowland<br>Magistrate: Hon. Jeffrey T. Gilbert |

1

| | |
|---|---|
| CHRISTOPHER STRIANESE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOHEALTH, INC., CLINTON P. JONES, BRANDON M. CRUZ, TRAVIS J. MATTHIESEN, NVX HOLDINGS, INC., CENTERBRIDGE PARTNERS, L.P., CCP III AIV VII HOLDINGS, L.P., CB BLIZZARD CO-INVEST HOLDINGS, L.P., BLIZZARD AGGREGATOR, LLC, CENTERBRIDGE ASSOCIATES III, L.P., CCP III CAYMAN GP LTD., GOLDMAN SACHS & CO. LLC, BOFA SECURITIES, INC. and MORGAN STANLEY & CO. LLC,<br><br>　　　　Defendants. | Case No: 1:20-cv-05765<br><br>Judge: Hon. Andrea Wood<br>Magistrate: Hon. Maria Valdez |

**DECLARATION OF CARL V. MALMSTROM IN SUPPORT OF MOTION OF MARC LESSEM AND GARRETT LESSEM FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFFS; AND (3) APPROVAL OF <u>LEAD PLAINTIFFS' SELECTION OF COUNSEL</u>**

I, Carl V. Malmstrom, hereby declare;

　　　1.　　I am an attorney with Wolf Haldenstein Adler Freeman & Herz LLC, proposed Liaison Counsel in this action. I have personal knowledge of the facts set forth herein. I make this declaration in support of the motion of Marc Lessem and Garrett Lessem ("Movants") to be appointed Lead Plaintiffs for the Class and for approval of Lead Plaintiffs' selection of The Rosen Law Firm, P.A. as Lead Counsel and Wolf Haldenstein Adler Freeman & Herz LLC as Liaison Counsel for the Class.

　　　2.　　Attached hereto as Exhibit 1 is true and correct copy of a PSLRA early notice.

　　　3.　　Attached hereto as Exhibit 2 is true and correct copy of Movants' PSLRA certifications.

2

4. Attached hereto as Exhibit 3 is a true and correct copy of Movants' loss chart.

5. Attached hereto as Exhibit 4 is a copy of the firm resume of The Rosen Law Firm, P.A.

6. Attached hereto as Exhibit 5 is a copy of the firm resume of Wolf Haldenstein Adler Freeman & Herz LLC.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 20, 2020, in Chicago, Illinois.

                                          */s/ Carl V. Malmstrom*
                                          Carl V. Malmstrom

## CERTIFICATE OF SERVICE BY ELECTRONIC MEANS

I, Carl V. Malmstrom, one of the attorneys for plaintiffs, hereby certify that on November 20, 2020, service of the foregoing *Declaration of Carl V. Malmstrom in Support of Motion of Marc Lessem and Garrett Lessem for: (1) Consolidation of Related Actions; (2) Appointment as Lead Plaintiffs; and (3) Approval of Lead Plaintiffs' Selection of Counsel* was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom